UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
GABR INTERNATIONAL TRADING CORP.,

       Plaintiff,

 -against-

DAVID BIRDSALL, individually and d/b/a/ Computer
Store 4 Less, and COMPUTER STORE 4 LESS,

       DefendantS.
------------------------------------------------------------------- X

07-CV-4310 (ARR)(SMG)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 12, 2009 from the Honorable Stephan M. Gold, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, plaintiff's motion for default judgment is denied, and the action is dismissed pursuant to Fed. R. Civ. P. 4(m). The Clerk of the Court is to enter judgment accordingly.

1

SO ORDERED.

s/ ARR

_____
Allyne R. Ross
United States District Judge

Dated: March 4, 2009
　　　　Brooklyn, New York